UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Colony Insurance Company<br><br>Plaintiff,<br><br>v.<br><br>Earl Schmid, et al.<br><br>Defendants. | Case No. EDCV 5:20-CV-77 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Default Judgment against Defendant Earl Schmid is GRANTED. The Court DECLARES that: (1) Plaintiff does not owe any duty to defend or indemnify Schmid in the Underlying Action under the terms of the policy; and (2) Plaintiff is excused from further performance under the policy by Schmid's breach of contract.

Judgment is entered in favor of Plaintiff.

Dated: September 9, 2020

THE HONORABLE JESUS G. BERNAL
United States District Judge