Brandt L. Wolkin, Esq.  (SBN 112220)
bwolkin@wolkincurran.com
Catharine M. Tolson, Esq.  (SBN 271223)
ctolson@wolkincurran.com
WOLKIN · CURRAN, LLP
111 Maiden Lane, Sixth Floor
San Francisco, California 94108
Telephone:  (415) 982-9390
Facsimile:   (415) 982-4328

Attorneys for Plaintiff/Cross-Defendant
COLONY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia corporation,<br><br>              Plaintiffs,<br><br>         v.<br><br>EARL SCHMID, an individual, SHELKEY EQUIPMENT, INC. DBA ENERGY EQUIPMENT CO., a Kentucky Corporation, AND DOES 1-10<br><br>              Defendants.<br><br>AND RELATED CROSS-CLAIM | Case No.: 5:20-cv-00077 – JGB-SP<br><br>**NOTICE OF SETTLEMENT** |

      TO THE HONORABLE COURT:

      PLEASE TAKE NOTICE THAT Plaintiff COLONY INSURANCE

COMPANY("CIC"), Defendant/Cross-Complainant SHELKEY

EQUIPMENT, INC. dba ENERGY EQUIPMENT CO.("Shelkey"), and Cross-

Defendant HUNTER INSURANCE SERVICES, INC.("Hunter") (collectively,

the "Parties"), by and through their respective counsel of record, have agreed to

a settlement of this matter.

1   The Parties anticipate that dismissal papers will be filed in the next 30

2   days.  Accordingly, the Parties request that the Court vacate all currently

3   scheduled dates in this matter.

4   Dated:  March 9, 2021                          **WOLKIN • CURRAN, LLP**

5

6                                                  */s/ Brandt L. Wolkin*

7                                           By: _____

8                                                  Brandt L. Wolkin, Esq.
                                                   Catharine M. Tolson, Esq.

9                                           Attorneys for Plaintiff/Cross-Defendant
                                            COLONY INSURANCE
10                                          ASSOCIATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.