Brandt L. Wolkin, Esq. (SBN 112220)
bwolkin@wolkincurran.com
Catharine M. Tolson, Esq. (SBN 271223)
ctolson@wolkincurran.com
WOLKIN · CURRAN, LLP
111 Maiden Lane, Sixth Floor
San Francisco, California 94108
Telephone: (415) 982-9390
Facsimile: (415) 982-4328

Attorneys for Plaintiff/Cross-Defendant
COLONY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EARL SCHMID, an individual, SHELKEY EQUIPMENT, INC. DBA ENERGY EQUIPMENT CO., a Kentucky Corporation, AND DOES 1-10<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIM | Case No.: 5:20-cv-00077-JGB-SP<br><br>**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: April 8, 2021

_____
Hon. Jesus G. Bernal
United States District Judge

1.
**ORDER APPROVING STIPULATION FOR DISMISSAL**   CASE NO. 5:20-CV-00077-JGB-SP